IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:14-CV-60-FL

| | |
|---|---|
| NATASHA TORRES, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The plaintiff's motion for leave to seal the Amended Complaint filed with this Court on August 13, 2015 is granted.

SO ORDERED, this the  15th  day of September, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge