UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:14-cv-60-FL

NATASHA TORRES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

ORDER TO FILE UNDER SEAL

This matter coming on for consideration, it is hereby

ORDERED that the Defendant's Motion to file its Response in Opposition to Plaintiff's Motion to Amend Complaint and exhibits under seal be allowed.

The  15th  day of    September   , 2015.

_____
LOUISE W. FLANAGAN
United States District Judge