IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7: 14-cv-60-FL

| | |
|---|---|
| NATASHA TORRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO FILE UNDER SEAL** |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter coming on for consideration, it is hereby

ORDERED that the plaintiff's motion to file her Reply Brief and exhibits under seal is allowed.

This  15th  day of    September  , 2015.

_____
LOUISE W. FLANAGAN
United States District Judge