UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:14-cv-60-FL

| | | |
|---|---|---|
| NATASHA TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

UPON CONSIDERATION OF the parties' Joint Motion for Entry of Order for Private Mediation and Subsequent Status Update, and the record as a whole, on this  29th   day of September, 2015,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, for good cause showing, that the foregoing Motion is GRANTED;

IT IS FURTHER ORDERED that:

1.  The parties shall engage in mediation with Donald Beskind on or before November 5, 2015.

2.  Within twenty-one (21) business days after the mediator determines that mediation has concluded in impasse, the parties shall file a status update with the court proposing a new schedule for the completion of the discovery.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE