UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:14-cv-60-FL

| | |
|---|---|
| NATASHA TORRES, | ) |
| Plaintiff, | ) ORDER TO FILE UNDER SEAL |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

This matter coming on for consideration, it is hereby

ORDERED that the Defendant's Motion to file its Answer To Amended Complaint under seal is allowed.

The __5th__ day of November, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge